

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00766-CR

Anthony **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR0527
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 23, 2014.

_____
Karen Angelini, Justice